UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Take Big Steps LLC,

                Plaintiff,

-against-

It's All Happening LLC,

                Defendant.

1:23-cv-03364 (SDA)
[Consolidated with 23-cv-04620]

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    Following a telephone conference with the parties today, and for the reasons stated on the record, it is hereby ORDERED that, no later than Friday, September 15, 2023, Take Big Steps LLC ("TBS") shall produce the TBS 2-Hour Lifestyle Lawyer course materials that were provided to paying customers during the period between June 2022 to April 2023. The Court declines to require TBS to pay the reasonable expenses incurred in filing the Letter Motion at ECF No. 27.

    The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 27.

    The parties are reminded that the close of all discovery is Friday, October 20, 2023. (*See* 6/15/23 Order, 23-cv-04620 ECF No. 29, ¶ 4.)

**SO ORDERED.**

Dated:     New York, New York
            September 11, 2023

_____
**STEWART D. AARON**
**United States Magistrate Judge**