USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Take Big Steps LLC,

                  Plaintiff,

-against-

It's All Happening LLC,

                  Defendant.

1:23-cv-03364 (SDA)
[Consolidated with 23-cv-04620]

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    The parties are directed to appear for a telephone conference on Monday, February 5, 2024, at 11:30 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
            January 10, 2024

_____
**STEWART D. AARON**
**United States Magistrate Judge**