UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Take Big Steps LLC,

                Plaintiff,

-against-

It's All Happening LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024

1:23-cv-03364 (SDA)

[Consolidated with 23-cv-04620]

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

      No later than March 8, 2024, the parties shall file a joint status report apprising the Court on the status of this case.

**SO ORDERED.**

Dated:    New York, New York
            February 5, 2024

_____
**STEWART D. AARON**
United States Magistrate Judge